Tabor Presbyterian Church Dissolution Case.

Argued April 21, 1943. Before MAXEY, C. J.; DREW, LINN, STERN, PATTERSON, PARKER and STEARNE, JJ.

266

268

*A. E. Hurshman,* for The Tabor Presbyterian Church of the City of Philadelphia, appellant.

*William N. Ottinger,* for Albert D. C. McIlroy, a creditor, appellant.

*Edward F. Hitchcock,* for The Presbytery of Philadelphia of the Presbyterian Church, appellee.

PER CURIAM, May 10, 1943:
The decree is affirmed on the opinion of President Judge GORDON of the court below.
Costs to be paid by appellants.